USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE; ROSA VADI ARCELAY,

                Plaintiffs,

-against-

GREGORY RUSS, as Chair and Chief Executive Officer of the New York City Housing Authority,

and

NEW YORK CITY HOUSING AUTHORITY,

                Defendants.

---

1:20-cv-07769

**ORDER**

For good cause shown and for the reasons set forth in Plaintiff John Doe's Motion for an Order Sealing the Summons Against New York City Housing Authority, it is hereby ordered that the aforementioned summons, filed in ECF as docket #2, shall remain under seal.

SO ORDERED.

Dated: October 2, 2020
      New York, New York

                                          ANALISA TORRES
                                      United States District Judge