UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE and ROSA VADI ARCELAY,<br><br>                        Plaintiffs,<br><br>-against-<br><br>GREGORY RUSS, as Chair and Chief Executive Officer of the New York City Housing Authority,<br><br>and<br><br>New York City Housing Authority,<br><br>                        Defendants. | NOTICE OF MOTION TO PROCEED UNDER PSEUDONYM OR, IN THE ALTERNATIVE, FOR AN ORDER SEALING THE COMPLAINT<br><br>20-cv- 07769-AT |

**PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of his Motion, dated September 21, 2020 and upon all the papers and proceedings had herein, Plaintiff will move this Court, before the Honorable _____, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007 on a date and time to be designed by the Court, for an Order for leave to proceed pseudonymously or, in the alternative, for an order sealing the complaint on the grounds that Plaintiff's JOHN DOE's interest in anonymity outweighs both the public interest in disclosure and any prejudice to defendants.

Dated: New York, New York
       September 21, 2020

                                                          Manhattan Legal Services
                                                          Attorney for Plaintiff
                                                          By: Iris Bromberg, Esq.
                                                          1 W 125th Street, 2nd Floor
                                                          New York, New York 10025
                                                          (646) 442 3200