```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/19/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE and ROSA VADI ARCELAY,

                Plaintiffs,

-against-

GREGORY RUSS, as Chair and Chief Executive Officer of the New York City Housing Authority and NEW YORK CITY HOUSING AUTHORITY,

                Defendants.

20 Civ. 7769 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff John Doe's motion to proceed under pseudonym, or in the alternative, their request for an order sealing the complaint. ECF No. 18.

1. By **October 22, 2020**, Plaintiff Doe is directed to refile the proposed order at ECF No. 18-2.
2. By **October 26, 2020**, Defendants shall file their opposition, if any.
3. By **November 2, 2020**, Plaintiff Doe shall file their reply, if any.

      SO ORDERED.

Dated: October 19, 2020
        New York, New York

                                                  ANALISA TORRES
                                              United States District Judge