

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET • NEW YORK, NY 10007

http:/nyc.gov/nycha

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

**GREGORY P. RUSS**
Chair & CEO

**LISA BOVA-HIATT**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5259

October 26, 2020

*Via ECF*
The Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:   *Joe Doe and Rosa Vadi Arcelay v. Gregory Russ and New York City Housing Authority*
           No. 20-CV-07769 (AT)

Dear Judge Torres:

    I am counsel for Defendant New York City Housing Authority ("NYCHA") in the above-referenced matter.

    NYCHA writes with Plaintiffs' consent to respectfully request a 45-day extension of time to answer the Complaint. This is NYCHA's first request for an extension of time to answer the Complaint, which was served on October 13, 2020. Pursuant to Federal Rule of Civil Procedure 12(a), a response to the Complaint is due on November 3, 2020. Should the Court grant the requested extension, the Answer will be due on December 18, 2020.

    NYCHA requests this adjournment of time to respond to the Complaint in order to allow the parties an opportunity try to resolve Plaintiffs' claims. NYCHA is attempting to find an apartment available for transfer that is fully accessible to Plaintiff Vadi Arcelay's mechanized wheelchair.

    For these same reasons, the parties jointly and respectfully request a 45-day adjournment of the December 1, 2020 telephonic initial pretrial conference and the November 24, 2020 deadline for submission of the joint letter and proposed Case Management Plan and Scheduling Order, as set forth in

GRANTED. By December 18, 2020, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for December 1, 2020, is ADJOURNED to **January 18, 2020**, at **11:20 a.m**. By **January 11, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: October 28, 2020
       New York, New York

_____
**ANALISA TORRES**
United States District Judge