USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE and ROSA VADI ARCELAY,

                Plaintiffs,

-against-

GREGORY RUSS, as Chair and Chief Executive Officer of the New York City Housing Authority

and

NEW YORK CITY HOUSING AUTHORITY,

                Defendants.

1:20-cv-07769

**ORDER**

For good cause shown and for the reasons set forth in Plaintiff John Doe's Motion for Leave to Proceed Under Pseudonym, it is hereby ordered that Mr. Doe is granted leave to proceed in this action under pseudonym.

SO ORDERED.

Dated: October 29, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge