

**NEW YORK CITY HOUSING AUTHORITY
LAW DEPARTMENT**
90 CHURCH STREET • NEW YORK, NY 10007

http://nyc.gov/nycha

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020
```

**GREGORY P. RUSS**
Chair & CEO

**LISA BOVA-HIATT**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5259

December 8, 2020

*Via ECF*
The Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:    *Joe Doe and Rosa Vadi Arcelay v. Gregory Russ and New York City Housing Authority*
           No. 20-CV-07769 (AT)

Dear Judge Torres:

    I am counsel for Defendants Gregory Russ and New York City Housing Authority (collectively, "Defendants") in the above-referenced matter.

    Defendants respectfully request a three-week extension of time for Defendants to answer the Complaint, from December 18, 2020, to **January 8, 2021**. Plaintiffs consent to this request, which is Defendants' second request for an extension of time to answer the Complaint. The answer was originally due on November 3, 2020.

    The parties also jointly and respectfully request an adjournment of the January 18, 2020 telephonic initial pretrial conference and the corresponding deadline for submission of the joint letter and proposed Case Management Plan and Scheduling Order. This is the parties' second request for an adjournment of the initial pretrial conference, which was originally scheduled for December 1, 2020. The parties respectfully request that the Court schedule the telephonic initial pretrial conference at the Court's convenience but no later than February 15, 2021.

GRANTED. By **January 8, 2021**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for January 18, 2021, is ADJOURNED to **February 10, 2021**, at **10:40 a.m**. By **February 3, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 9, 2020
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge